No. 2273.—SUCCESSION OF L. MILLAUDON—On Opposition of GEORGE HOLTZMAN.

*No appeal lies from a judgment not signed by the judge a quo.*

APPEAL from the Second District Court, parish of Orleans. *Duvigneaud*, J.  *C. Dufour*, for appellee.  *R. H. Marr* and *John M. Bonner*, for opponent and appellant.

TALIAFERRO, J.  The judgment rendered in this case appears from the record not to have been signed by the judge of the lower court. The appeal, therefore, is nugatory.  It can not be entertained by this court.

It is therefore ordered that the appeal be dismissed at appellant's cost.

Rehearing refused.